JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR, | Case No. CV 13-5170-RGK (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| SERGEANT F. VILLALOBOS, ET AL, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 1/23/15

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1